IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:26-mj-222 |
| | ) | |
| NOPPAWAN KENNEDY, | ) | Court Date: June 15, 2026 |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1611867)

THE UNITED STATES CHARGES THAT:

On or about April 10, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NOPPOWAN KENNEDY, did assault by striking, beating, or wounding V-1.

(In violation of Title 18, United States Code, Section 113(a)(4)).

Count II (Class A Misdemeanor – E1611868)

THE UNITED STATES CHARGES THAT:

On or about April 10, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, NOPPAWAN KENNEDY, did unlawfully and intentionally damage property belonging to another, to wit: one, brown with clear plastic lens, silicon dioxide, Quartz clock, belonging to V-1, with damages of less than $1,000.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-137(B).)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:        _____/s/_____
           Julianna Battaglia
           Special Assistant United States Attorney
           United States Attorney's Office
           Eastern District of Virginia
           2100 Jamieson Avenue
           Alexandria, VA 22314
           Phone: 703-299-3896
           Fax: 703-299-3980
           Email: julianna.battaglia@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on June 14, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:    _____/s/_____
Julianna Battaglia
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: julianna.battaglia@usdoj.gov